1  SHARTSIS FRIESE LLP
   JAMES P. MARTIN (Bar #170044)
2  GREGG S. FARANO (Bar #221505)
   One Maritime Plaza, 18th Floor
3  San Francisco, California 94111
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922

5  Attorneys for Plaintiff
   O OLIVE OIL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O OLIVE OIL, LLC, an Illinois limited liability company,<br><br>                    Plaintiff,<br><br>    v.<br><br>SAFEWAY, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>                  Defendants. | No. C 06 1672 CRB<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Complaint Filed: March 3, 2006<br>Judge: Hon. Charles R. Breyer |

1    A Case Management Conference is scheduled in the above-referenced case for
2    June 23, 2006. After the Complaint in this case was filed and prior to serving Defendant, the
3    parties began confidential settlement discussions. The parties respectfully request that the Initial
4    Case Management Conference be continued until August 25 [~~11~~], 2006, or such other time that is
5    convenient for the Court.

6              Respectfully submitted,

7    DATE: June 20, 2006              SHARTSIS FRIESE LLP

9              By   /s/ James P. Martin
                        JAMES P. MARTIN

10   Attorneys for Plaintiff
11   O OLIVE OIL, LLC

13   DATE: June 20, 2006              PILLSBURY WINTHROP SHAW PITTMAN LLP

14             By   /s/ Christopher R. Ball
15                     CHRISTOPHER R. BALL

16   Attorneys for Defendant
     SAFEWAY, INC.

17   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

19   DATE:  June 21, 2006

20                                    THE HONORABLE CHARLES R. BREYER
                                      UNITED STATES

22   6629\003\JMARTIN\1362034.1

IT IS SO ORDERED
Judge Charles R. Breyer

-1-
Case No.  C 06 1672 CRB        STIPULATION FOR CONTINUANCE OF INITIAL
                               CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER