1  SHARTSIS FRIESE LLP
   JAMES P. MARTIN (Bar #170044)
2  GREGG S. FARANO (Bar #221505)
   One Maritime Plaza, 18th Floor
3  San Francisco, California  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922

5  Attorneys for Plaintiff
   O OLIVE OIL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O OLIVE OIL, LLC, an Illinois limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | No. C 06 1672 CRB<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  March 3, 2006<br>Judge:  Hon. Charles R. Breyer |

An initial Case Management Conference is scheduled in this matter for August 25, 2006. The parties participated in a mediation before the Honorable Eugene F. Lynch on June 13, 2006 and, through Judge Lynch's assistance, have continued to engage in settlement discussions. The initial Case Management Conference was previously continued from June 23, 2006 until August 25, 2006. The parties respectfully request a further continuance until September 29, 2006 at 8:30 a.m., or such time as is convenient for the Court.

Respectfully submitted,

DATE: August 14, 2006

SHARTSIS FRIESE LLP

By  */s/ James P. Martin*
　　　　JAMES P. MARTIN

Attorneys for Plaintiff
O OLIVE OIL, LLC

DATE: August 14, 2006

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  */s/ Christopher R. Ball*
　　　　CHRISTOPHER R. BALL

Attorneys for Defendant
SAFEWAY, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATE:  August 15, 2006

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6629\003\JMARTIN\1377868.1

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-1-

Case No. C 06 1672 CRB    STIPULATION FOR CONTINUANCE OF INITIAL
　　　　　　　　　　　　　CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER