SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, 18th Floor
San Francisco, California 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
O OLIVE OIL, LLC

SHARTSIS FRIESE LLP
EIGHTEENTH FLOOR
ONE MARITIME PLAZA
SAN FRANCISCO, CALIFORNIA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

O OLIVE OIL, LLC, an Illinois limited liability company,

Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation, and DOES 1 through 10, inclusive,

Defendants.

No. C 06 1672 CRB

**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**

Complaint Filed: March 3, 2006
Judge: Hon. Charles R. Breyer

SHARTSIS FRIESE LLP
EIGHTEENTH FLOOR
ONE MARITIME PLAZA
SAN FRANCISCO, CALIFORNIA 94111

An initial Case Management Conference is scheduled in this matter for September 29, 2006. The parties participated in a mediation before the Honorable Eugene F. Lynch on June 13, 2006 and, through Judge Lynch's assistance, have continued to engage in settlement discussions. The initial Case Management Conference was previously continued from August 25, 2006 until September 29, 2006. The parties respectfully request a further continuance until October 27, 2006 at 8:30 a.m., or such time as is convenient for the Court.

Respectfully submitted,

DATE: September 21, 2006

SHARTSIS FRIESE LLP

By /s/ James P. Martin
JAMES P. MARTIN

Attorneys for Plaintiff
O OLIVE OIL, LLC

DATE: September 21, 2006

PILLSBURY WINTHROP SHAW PITTMAN LLP

By /s/ Christopher R. Ball
CHRISTOPHER R. BALL

Attorneys for Defendant
SAFEWAY, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATE: September 25, 2006

UNITED STATES DISTRICT COURT
DENIED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

THE HONO[...]YER
UNITED STA[...]