SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, 18th Floor
San Francisco, California 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
O OLIVE OIL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O OLIVE OIL, LLC, an Illinois limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | No. C 06 1672 CRB<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Complaint Filed: March 3, 2006<br>Judge: Hon. Charles R. Breyer |

1  An initial Case Management Conference is scheduled in this matter for October 27, 2006.
2  The parties participated in a mediation before the Honorable Eugene F. Lynch on June 13, 2006
3  and, through Judge Lynch's assistance, have continued to engage in settlement discussions.  The
4  initial Case Management Conference was previously continued from August 25, 2006 and
5  September 29, 2006.  The parties respectfully request a further continuance until December 1, 2006
6  at 8:30 a.m., or such time as is convenient for the Court.

Respectfully submitted,

DATE:  October 20, 2006                SHARTSIS FRIESE LLP


By   /s/ James P. Martin
                JAMES P. MARTIN

Attorneys for Plaintiff
O OLIVE OIL, LLC


DATE:  October 20, 2006                PILLSBURY WINTHROP SHAW PITTMAN LLP


By   /s/ Christopher R. Ball
                CHRISTOPHER R. BALL

Attorneys for Defendant
SAFEWAY, INC.


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATE:  October 23, 2006

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

SHARTSIS FRIESE LLP
EIGHTEENTH FLOOR
ONE MARITIME PLAZA
SAN FRANCISCO, CALIFORNIA 94111

-1-
Case No.  C 06 1672 CRB          STIPULATION FOR CONTINUANCE OF INITIAL
                                 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
6629\003\JMARTIN\1391391.1