SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, 18th Floor
San Francisco, California  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
O OLIVE OIL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O OLIVE OIL, LLC, an Illinois limited liability company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | No. C 06 1672 CRB<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><br>Complaint Filed:  March 3, 2006<br>Judge:  Hon. Charles R. Breyer |

An initial Case Management Conference is scheduled in this matter for December 1, 2006. The parties participated in a mediation before the Honorable Eugene F. Lynch and, through Judge Lynch's assistance, have continued to engage in settlement discussions. The parties are finalizing a written settlement agreement, and respectfully request a further continuance until January 19, 2007 at 8:30 a.m., or such time as is convenient for the Court.

Respectfully submitted,

DATE: November 20, 2006                SHARTSIS FRIESE LLP

By  */s/ James P. Martin*
　　　　JAMES P. MARTIN

Attorneys for Plaintiff
O OLIVE OIL, LLC

DATE: November 20, 2006                PILLSBURY WINTHROP SHAW PITTMAN LLP

By  */s/ Christopher R. Ball*
　　　　CHRISTOPHER R. BALL

Attorneys for Defendant
SAFEWAY, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATE: November 20, 2006

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

6629\003\JMARTIN\1397799.1

-1-
Case No. C 06 1672 CRB   STIPULATION FOR CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER