SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
O OLIVE OIL, LLC.

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOPHER R. BALL  #111280
RICHARD L. KIRKPATRICK  #117932
50 FREMONT STREET
POST OFFICE BOX 7880
SAN FRANCISCO, CA 94120-7880
TELEPHONE: (415) 983-1000
FACSIMILE: (415) 983-1200

ATTORNEYS FOR DEFENDANT
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| O OLIVE OIL, LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC. a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  C 06-1672 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' Settlement Agreement dated December 1, 2006, plaintiff OLIVE OIL, LLC and defendant SAFEWAY, INC. hereby stipulate as follows:

1. Plaintiff's complaint is dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

| | | |
|---|---|---|
| DATED: | December 8, 2006 | SHARTSIS FRIESE LLP |
| | | By: */s/ James P. Martin*<br>JAMES P. MARTIN |
| | | Attorneys for Plaintiff<br>O OLIVE OIL, LLC |
| DATED: | December ____, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | | By: _____<br>CHRISTOPHER R. BALL |
| | | Attorneys for Defendant<br>SAFEWAY INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated December 12, 2006

_____
The Honorable Charles R. Breyer
Judge of the United States

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6629\003\JMARTIN\1389648.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.
C 06-1672 CRB
STIPULATION OF DISMISSAL
WITH PREJUDICE